# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0457.  JOHN THOMAS SCHOOLCRAFT v. THE STATE.**

John Thomas Schoolcraft was convicted of two counts of aggravated child molestation and other crimes, and we affirmed his convictions on appeal in an unpublished opinion.  *Schoolcraft v. State*, Case No. A15A1689, decided March 8, 2016.  Schoolcraft later filed an extraordinary motion for new trial, which the trial court denied.  He then filed a notice of appeal to this Court.  We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal.  OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  11/09/2018
  I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.